**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| AARON FRANCOIS<br>　LA. DOC #603619 | CIVIL ACTION NO. 16-0348-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DARRELL VANNOY | MAGISTRATE PATRICK J. HANNA |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law, specifically that the state court's adjudication of the claim was not contrary to, or involving an unreasonable application of clearly established Federal law or an unreasonable determination of the facts;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED and DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 20th day of July, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT